# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

CYNTHIA HOPSON,

               Plaintiff,

    v.

ROSA CASAS, as an individual and d/b/a as
"Cindy's #2"; SAMUEL CASAS, as an
individual and d/b/a as "Cindy's #2"; and
DOES 1-10, includsive,

               Defendants.
_____/

Case No.  1:15-cv-00813-SKO

**ORDER EXTENDING THE TIME FOR
DEFENDANTS TO RESPOND TO THE
COMPLAINT**

(Doc. 18)

    The Complaint by Plaintiff Cynthia Hopson was filed on March 28, 2015, and served on Defendant Rosas Casa, as an individual and d/b/a as "Cindy's # 2," and Samuel Cass, as an individual and d/b/a as "Cindy's #2" ("Defendants") on June 7, 2015, with an answer due on June 29, 2015.  (*See* Docs. 1; 6.)  The parties have stipulated to an additional fourteen (14) day extension of time to file any response to the Complaint.  (Doc. 5.)  This is Defendants' first request for an extension of time and it does not alter the date of any event or any deadline already fixed by Court order.  (Doc. 5.)

    The Court has reviewed the parties' stipulation and, good cause appearing, Defendant shall have up to and including July 13, 2015, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:   **June 30, 2015**             **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE