1  DANIEL MALAKAUSKAS, SBN 265903
2  P.O. Box 7006
   Stockton, CA 95267
3  Telephone: 866-790-2242
   Facsimile: 888-802-2440
4  Electronic Mail: daniel@malakauskas.com

5  Attorney for PLAINTIFF

6  GREGORY J. GOODWIN, SBN 111557
7  P.O. Box 1753
   Modesto, CA 95353
8  Telephone: 209-527-7650
   Facsimile: 209-527-7872
9  Electronic Mail: Goodwin_law@yahoo.com

10 Attorney for DEFENDANTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA,**

**FRESNO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**, | **CASE NO.: 1:15-cv-00813-SKO** |
| PLAINTIFF, | **STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF** |
| v. | [Fed. R. Civ. P. 41] |
| **ROSA CASAS**, as an individual, and dba as "Cindy's #2", **SAMUEL CASAS**, as an individual, and dba as "Cindy's #2", and DOES 1-10, inclusive, | |
| DEFENDANTS | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear

STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF

1

their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Respectfully submitted,

Dated: August 17th, 2015            /s/Daniel Malakauskas_____
                                     By Daniel Malakauskas,
                                     Attorney for Plaintiff

Dated:  August 17th, 2015           /s/Gregory J. Goodwin_____
                                     Gregory J. Goodwin
                                     Attorneys for Defendants

**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**

**ORDER**

**IT IS HEREBY ORDERED**, that this action be dismissed, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated:   **August 25, 2015**                    /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**